1
2
3
4
5

IN THE UNITED STATES DISTRICT COURT

6

FOR THE NORTHERN DISTRICT OF CALIFORNIA

7
8

| | |
|---|---|
| GARY T. HARRELL, | No. C 05-5035 JSW (PR) |
| Petitioner, | **ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT** |
| vs. | **(Docket nos. 14, 15)** |
| S. W. ORNOSKI, Warden, | |
| Respondents. | |

9
10
11
12
13
14
15
16

Petitioner, a state prisoner currently incarcerated at San Quentin State Prison in

17

San Quentin, California, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. §

18

2254.  The Court issued an order to show cause and on July 5, 2006, Respondent filed a

19

motion to dismiss the petition on the grounds that the petition was untimely and that it

20

failed to state a claim for federal habeas relief (docket no. 5).  Petitioner filed an

21

opposition to the motion (docket no. 6) and Respondent filed a reply (docket no. 7).  On

22

March 12, 2007, this Court granted Petitioner's motion to dismiss the petition as

23

untimely.  Petitioner now moves the Court for reconsideration under Federal Rule Of

24

Civil Procedure 60(b)(6) (docket no. 14) and for the Court's consideration of a recent

25

California state court decision (docket no. 15).

26

Where the court's ruling has resulted in a final judgment or order (e.g., after

27

dismissal or summary judgment motion), a motion for reconsideration may be based on

28

Rule 59(e) (motion to alter or amend judgment) or Rule 60(b) (motion for relief from

judgment) of the Federal Rules of Civil Procedure. *See Am. Ironworks & Erectors v. N. Am. Constr. Corp.*, 248 F.3d 892, 898-99 (9th Cir. 2001). Motions for reconsideration should not be frequently made or freely granted; they are not a substitute for appeal or a means of attacking some perceived error of the court. *See Twentieth Century - Fox Film Corp. v. Dunnahoo*, 637 F.2d 1338, 1341 (9th Cir. 1981).

Rule 60(b) lists six grounds for relief from a judgment. Such a motion must be made within a "reasonable time," and as to grounds for relief (1) - (3), no later than one year after the judgment was entered. *See* Fed. R. Civ. P. 60(b). Rule 60(b) provides for reconsideration where one or more of the following is shown: (1) mistake, inadvertence, surprise or excusable neglect; (2) newly discovered evidence which by due diligence could not have been discovered before the court's decision; (3) fraud by the adverse party; (4) the judgment is void; (5) the judgment has been satisfied; (6) any other reason justifying relief. Fed. R. Civ. P. 60(b); *School Dist. 1J v. ACandS Inc.*, 5 F.3d 1255, 1263 (9th Cir.1993). "Rule 60(b) [] provides a mechanism for parties to seek relief from a judgment when "it is no longer equitable that the judgment should have prospective application," or when there is any other reason justifying relief from judgment. *Jeff D. v. Kempthorne*, 365 F.3d 844, 853-54 (9th Cir. 2004) (quoting Fed. R. Civ. P. 60(b)).

In the motion, Petitioner has not met the criteria for relief from judgment on any of these bases. As such, Petitioner's motions to reconsider is DENIED (docket nos. 14, 15).

IT IS SO ORDERED.

DATED: June 6, 2007

_____
JEFFREY S. WHITE
United States District Judge

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HARRELL,

          Plaintiff,

  v.

ORNOSKI et al,

          Defendant.

_____/

Case Number: CV05-05035 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 6, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gary T. Harrell
California State Prison
San Quentin
B99531
San Quentin, CA 94974

Scott Colin Mather
CA State Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

Dated: June 6, 2007

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk